Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Celeste Bacchi
Assistant Federal Public Defender
California Bar No. 307119
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Celeste_Bacchi@fd.org

*Attorney for Petitioner Jeferson Aguilon Fuentes

# United States District Court
# District of Nevada

In re Jeferson Aguilon Fuentes

Case No. 2:26-cv-02744-APG-DJA

**Joint Stipulation to Dismiss Petition Without Prejudice**

Petitioner Jeferson Aguilon Fuentes and Respondents, Todd Blanche, et al., through undersigned counsel, hereby submit this Stipulation to dismiss Mr. Aguilon Fuentes' Petition for Writ of Habeas Corpus without prejudice. Mr. Aguilon Fuentes accepted voluntary removal and departed the United States on October 17, 2026, to return to his home country of Guatemala.

This dismissal without prejudice is warranted because counsel for Mr. Aguilon Fuentes, Assistant Federal Public Defender Celeste Bacchi, had not yet filed an Amended First Petition, which was due today. ECF No. 3.

On October 30, 2026, AFPD Bacchi conferred with counsel for Respondents, Assistant United States Attorney James Sweetin. AUSA Sweetin and AFPD Bacchi agreed to this joint stipulation for dismissal of the petition without prejudice.

Accordingly, the parties respectfully request that the Court approve the stipulation and dismiss the petition without prejudice.

Respectfully submitted this 2nd day of November, 2026.

RENE L. VALLADARES
Federal Public Defender

*/s/ Celeste Bacchi*
CELESTE BACCHI
Assistant Federal Public Defender

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ James Sweetin*
JAMES SWEETIN
Assistant United States Attorney

IT IS SO ORDERED:

Dated: November 3, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE